**United States Bankruptcy Court**
**Southern District of Florida, Miami Division**

IN RE:  
**VIP Systems, Inc.**  
               Debtor(s)

Case No. **18-12858-LMI**  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

<u>VIP SYSTEM, INC, a</u>  
[Name of Corporate Party]

(check one):

[ X ]  Corporate Debtor

[  ]  Party to an adversary proceeding

[  ]  Party to a contested matter

[  ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[ X ]  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **16th** day of **March**, **2018**.

*/s/ Chad Van Horn*  
Chad T. VanHorn, OBA #**64500**  
**VAN HORN LAW GROUP, P.A**  
**330 N Andrews Ave Ste 450**  
**Fort Lauderdale, FL  33301-1012**  
**Phone: (954) 765-3166  Fax:  (954) 756-7103**  
**chad@cvhlawgroup.com**  
Attorney for **VIP Systems, Inc.**