**United States Bankruptcy Court**
**Southern District of Florida, Miami Division**

**IN RE:**                                                                                   Case No. **18-12858-LMI**

**VIP Systems, Inc.**                                                                        Chapter **7**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Alex Genin**<br>**2600 NW 141st St**<br>**Opa Locka, FL  33054-4052** | **100** | **President** |

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)