UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                 Case No.: 18-12858-LMI

VIP SYSTEMS, INC.,                                          Chapter 7
EIN: 30-1040084

_____Debtor._____/

**DEBTOR'S OBJECTION TO CLAIM #1 FILED
BY OSCAR ALI FARRERA ARGUINZONEZ AND
<u>OBJECTION TO CLAIM #2 FILED BY J.H. ZIDELL, ESQ.</u>**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim filed in this case[1]:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objecting and Recommended Disposition |
|---|---|---|---|
| #1 | Oscar Ali Farrera Arguinzonez | $22,250.00 | The claim is based upon an alleged debt for wages owed. However, Claimant was never an employee of this Debtor. |

---

[1] Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

Page 1 of 3

|    |    |    | Recommendation: Claim #1 should be Stricken and Disallowed. |
|---|---|---|---|
| #2 | J.H. Zidell, Esq. | $9,000.00 | The claim is for attorney's fees on behalf of Claimant #1, Oscar Ali Farrera Arguinzonez, who was never an employee of this Debtor. Recommendation: Claim #2 should be Stricken and Disallowed. |

Dated:  July 20, 2018

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/  **Chad T. Van Horn, Esq.**
Chad T. Van Horn, Esq.
Florida Bar No. 64500