UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                                    Case No.: 18-12858-LMI

VIP Systems, Inc.,                                                              Chapter 7

_____Debtor._____/

**DEBTOR'S RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION
TO COMPEL TURNOVER OF UNDISCLOSED VEHICLES, [DE 31]**

The Debtor, VIP SYSTEMS, INC., (the "Debtor"), by and through undersigned attorney, files this Response to Trustee's Motion to Compel Turnover of Undisclosed Vehicles, [DE 31], Esq., and in support thereof states as follows:

1. Debtor filed a corporate Voluntary Petition under Chapter 7 of the Bankruptcy Code on March 12, 2018.

2. Debtor filed this Chapter 7 Bankruptcy because it was improperly sued by a single alleged creditor, Oscar Ali Farrera Arguinzonez, who, along with his attorney J.H. Zidell, are the only scheduled "claimants" of this Debtor.

3. The basis of this "claim" is a pending Federal lawsuit for allegedly unpaid wages. The Debtor considers this claim to be misdirected toward this Debtor and is entirely without merit.

4. Debtor opened its business in 2015 under the mistaken notion that it could become an avenue to conduct international business.

5. However, the fact is the Debtor never engaged in any business, as reflected by the attached zero income tax returns it has filed since the business was created.

6. Trustee seeks the turnover of various vehicles that do not belong to the Debtor and have never been owned by this Debtor.

1

7. Debtor asserts the subject vehicles are owned by a distinctly different entity that is unrelated to this Debtor and is not part of this Bankruptcy proceeding.

8. Trustee's sole basis for the turnover of the subject vehicles is an allegation that the Debtor is the alter ego of VIP Systems, Inc. located in Houston, TX, which the Debtor disputes.

9. Since the Debtor asserts it does not own the subject vehicles, it is without authority to turn them over to the Trustee as requested.

WHEREFORE, the Debtor respectfully requests the entry of an Order denying the Trustee's Motion for Turnover of Vehicles as the subject vehicles are not owned by this Debtor, and for any further relief this Honorable Court deems just and proper.

Dated:  September 24, 2018.

Respectfully Submitted,

> Van Horn Law Group, P.A.
> 330 N. Andrews Ave, Suite 450
> Ft. Lauderdale, FL 33301
> (954) 765-3166
> (954) 756-7103 (fax)
> Chad@cvhlawgroup.com
>
> By: */s    Chad Van Horn*
> Chad Van Horn, Esq.
> Florida Bar No: 064500