UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                CASE NO.: 18-12858-BKC-LMI
                                                                      Chapter 7
**VIP SYSTEMS, INC.**
EIN: 30-1040084

_____Debtor._____/

**TRUSTEE, JOEL L. TABAS' REPLY TO DEBTOR'S RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION TO COMPEL TURNOVER OF UNDISCLOSED VEHICLES**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of VIP Systems, Inc. (the "Trustee"), through counsel files his Reply to Debtor's Response in Opposition to Trustee's Motion to Compel Turnover of Documents from VIP Systems, Inc. (the "Reply"), and in support thereof, states as follows:

**I. Background**

1. On September 11, 2018, the Trustee filed his Motion to Compel Turnover of Undisclosed Vehicles (the "Motion to Compel[1]") [ECF 31].

2. The Motion to Compel requests the Court enter an order directing the Debtor to either (a) immediately provide proof that as of the Petition Date, the Vehicles, as defined in the Motion to Compel, were not owned by the Debtor or (b) immediately turn over the Vehicles to the Trustee.

3. On September 24, 2018, the Debtor filed its Response in Opposition to Trustee's Motion to Compel Turnover of Documents from VIP Systems, Inc. (the "Response") [ECF 37]. The Response merely states that the business never operated.

4. More specifically, the Response advises the Court that because the Debtor "does not own the subject vehicles, it is without authority to turn them over to the Trustee as requested."

---
[1] All undefined terms shall have the meanings ascribed to them in the Motion to Compel.

5. Despite this assertion, on or about October 10, 2018, counsel for the Debtor provided a copy of the titles for the Mazda and Lincoln (collectively, the "Titles"). Attached hereto as Exhibit "A" are the Titles.

6. The Titles list VIP Systems and the petition address of 2600 NW 141st St. Opa Locka, FL 33054 as the registered owner of the Mazda and Lincoln. This is the same address listed on the tax returns attached to the Response.

7. Accordingly, the Trustee demands the immediate turnover of the Mazda and Lincoln and requests that the titles to the Chevy, the Navigator, the Express and the Cadillac be produced.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate VIP Systems, Inc. respectfully requests this Honorable Court enter an Order: (1) granting the Motion to Compel and (2) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2018, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

VIP Systems, Inc.
2600 NW 141st St
Opa Locka, FL 33054-4052

VIP Systems, Inc.
c/o Alex Genin
2973 Bingle Road
Houston, TX 77055

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Fla. Bar No. 516902
Tabas & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
25 SE Second Avenue – Suite 248
Miami, Florida 33131
Telephone:   (305) 375-8171
Facsimile:   (305) 381-7708
E-mail: jtabas@tabassoloff.com

A02958

**Mail Lien Satisfaction to:** Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

## STATE OF FLORIDA — LIEN SATISFACTION

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| JM3LW28A660564661 | 2006 | MAZD | VN | 3900 | | 98473352 |

Date of Issue 07/28/2016

**Registered Owner:**
VIP SYSTEMS
2600 NW 141ST ST
OPA LOCKA   FL  33054-4052

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.flhsmv.gov/html/titlinf.html

**Mail To:**
VIP SYSTEMS
2600 NW 141ST ST
OPA LOCKA   FL  33054-4052

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| JM3LW28A660564661 | 2006 | MAZD | VN | 3900 | | 98473352 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | GLD | | | | PRIVATE | 10/22/2015 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 129436 MILES   07/19/2016 NOT ACTUAL | | | 07/28/2016 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**Registered Owner**
VIP SYSTEMS
2600 NW 141ST ST
OPA LOCKA   FL  33054-4052

**1st Lienholder**
NONE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director



Control Number  **126478156**

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____
Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_| X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____
Print Here: _____    Print Here: _____
Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____
Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____
Print Here: _____    Print Here: _____

**EXHIBIT "A"**

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)    STATE OF FLORIDA

A03042

**STATE OF FLORIDA — LIEN SATISFACTION**

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 5LMFU27517LJ08592 | 2007 | LINC | UT | 5700 | | 102341800 |

Date of Issue 11/04/2016

Registered Owner:
VIP SYSTEMS
2600 NW 141ST ST
OPA LOCKA   FL 33054-4052

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

Mail To:
VIP SYSTEMS
2600 NW 141ST ST
OPA LOCKA   FL 33054-4052

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 5LMFU27517LJ08592 | 2007 | LINC | UT | 5700 | | 102341800 |

| Prev. State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | REBUILT | | 02 | PRIVATE | 04/16/2009 |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 88350 MILES    10/31/2016 ACTUAL | | | 11/04/2016 |

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Registered Owner
VIP SYSTEMS
2600 NW 141ST ST
OPA LOCKA   FL 33054-4052

1st Lienholder

NONE

OTHER JURISDICTION BRANDS
TX-SALVAGE

MAY HAVE PREVIOUSLY BEEN DECLARED A TOTAL LOSS VEHICLE DUE TO DAMAGE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA
*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number  127745414

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**VOID IF ALTERED**

---

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____
Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_|_|_|_|_|_| ☒ | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading is:
☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____
Print Here: _____    Print Here: _____
Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____
Auction Name _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____
Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)    **STATE OF FLORIDA**