UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    CASE NO.: 18-12858-BKC-LMI
                                                                                          Chapter 7
**VIP SYSTEMS, INC.**
SSN: 301040084

_____Debtor._____/

### TRUSTEE JOEL L. TABAS' NOTICE OF ABANDONMENT

Joel L. Tabas, Trustee, the duly appointed and acting Trustee (the "Trustee") for the above captioned estate, pursuant to Bankruptcy Rule 6007, reports that he intends to abandon any interest of the estate in the following property:

1. 2007 Cadillac Escalade – VIN #: 1GYEC63847R366206
2. 2007 Chevrolet Express Cargo – VIN #: 1GCGG25V771124393;
3. 2007 Lincoln Navigator L – VIN #: 5LMFL275X7LJ23739;
4. 2007 Lincoln Navigator – VIN #: 5LMFU27517LJ08592;
5. 2006 Mazda MPV Wagon – VIN #: JM3LW28A660564661, and
6. 2000 Chevrolet Express G1500 – VIN #: 1GCFG15WXY1129250.

**(the "Vehicles")**

The Trustee's investigation reflects that there is insufficient equity, if any, in the Vehicle(s) for the Trustee to administer. Accordingly, the Vehicle(s) constitute(s) an administrative burden to the Estate.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Any objection to this abandonment must be filed with the Clerk of the Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy sent to the Trustee.

CASE NO.: 18-12858-BKC-LMI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 14, 2019, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas, Trustee
Fla. Bar No. 516902
25 SE 2nd Ave, Suite 248
Miami, FL 33131
Telephone: (305) 375-8171
Telefax: (305) 381-7708
Email: jtabas@tabassoloff.com

18-12858-LMI
**VIP Systems, Inc.**
**2600 NW 141st St**
**Opa Locka, FL 33054-4052**

18-12858-LMI
Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia PA 19101-7346

18-12858-LMI
J.H Zidell, Esq
300 71st St Ste 605
Miami Beach, FL  33141-3089

18-12858-LMI
Jordan Richards, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL  33301-2218

18-12858-LMI
Oscar Ali Farrera Arguinzonez
300 71st St Ste 605
Miami Beach, FL  33141-3089

18-12858-LMI
US Attorney for Southern
District of Fla
99 NE 4th St
Miami, FL  33132-2131

18-12858-LMI
Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL 33301-1012