UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 18-12858-BKC-LMI
Chapter 7

**VIP SYSTEMS, INC.**
SSN: 30-1040084

_____Debtor._____/

## REPORT OF SALE

**NOTICE IS GIVEN THAT** on or about January 3, 2019, the sale of the Estate's interest in the following described potential claim was resolved for $50,00.00. The potential claim was resolved pursuant to the Order Granting Trustee's Motion to Approve Settlement Agreement and Mutual Releases [ECF 48].

- **Settlement relating to the Trustee's alleged potential alter ego claim between Alexander Genin and VIP Systems, Inc. (VIP Texas).**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on March 14, 2019, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to all interested parties on the attached service list.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
14 Northeast First Ave., Penthouse
Miami, Florida 33132
Telephone:   (305) 375-8171
Telefax:       (305) 381-7708
JTabas@tabasfreedman.com

18-12858-LMI
**VIP Systems, Inc.**
**2600 NW 141st St**
**Opa Locka, FL 33054-4052**

18-12858-LMI
Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia PA 19101-7346

18-12858-LMI
J.H Zidell, Esq
300 71st St Ste 605
Miami Beach, FL  33141-3089

18-12858-LMI
Jordan Richards, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL  33301-2218

18-12858-LMI
Oscar Ali Farrera Arguinzonez
300 71st St Ste 605
Miami Beach, FL  33141-3089

18-12858-LMI
US Attorney for Southern
District of Fla
99 NE 4th St
Miami, FL  33132-2131

18-12858-LMI
Chad T Van Horn
330 N Andrews Ave #450
Ft Lauderdale, FL 33301-1012