UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
ww.flsb.uscourts.gov

In Re:                                              Case No. 18-12858-BKC-LMI
    VIP SYSTEMS, INC.                            Chapter 7

_____ Debtor. /

## Trustee's Summary of Requested Fees and Expenses

☐ [If Checked] The chapter 7 Trustee is **not required** to file and serve a Notice of Trustee's Final Report and Applications for Compensation on all parties of record because the amount of net proceeds realized does not exceed the amount set forth in Bankruptcy Rule 2002(f)(8) and the amount of any application for compensation does not exceed the amount set forth in Bankruptcy rule 2002(a)(6). See Local Rule 3009-1.

| Docket Entry # | Applicant Name and Role | Total Fees / Total Expenses | Interim Fees Paid / Interim Expenses Paid | Additional Fees Requested / Additional Expenses Requested |
|---|---|---|---|---|
| #63 | JOEL L. TABAS, TRUSTEE, Trustee | $5,750.00 / $14.73 | $0.00 / $0.00 | $5,750.00 / $14.73 |
| #50 | TABAS & SOLOFF PA, Attorney for Trustee | $13,895.50 / $647.87 | $0.00 / $0.00 | $13,895.50 / $647.87 |
| #62 | THOMAS A. BASTIAN, Accountant for Trustee | $804.00 / $61.00 | $0.00 / $0.00 | $804.00 / $61.00 |

Dated: May 22, 2019

Submitted by:

/s/ Joel L. Tabas
Joel L. Tabas,
Chapter 7 Trustee
25 SE 2nd Ave, Suite 248
Miami, FL 33131

LF-100 (05/04/09)