UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                              §   Case No. 1:18-BK-12858-LMI
                                    §
VIP SYSTEMS, INC.                   §
                                    §
                                    §
            Debtor(s)               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Joel L. Tabas, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $28,826.90 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $21,173.10 | | |

    3)    Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $21,173.10 | $21,173.10 | $21,173.10 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $53,500.00 | $53,500.00 | $28,826.90 |
| **Total Disbursements** | $0.00 | $74,673.10 | $74,673.10 | $50,000.00 |

4).  This case was originally filed under chapter 7 on 03/12/2018.  The case was pending for 17 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/09/2019     By:  /s/ Joel L. Tabas
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement with Genin and VIP TX | 1249-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | $50,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOEL L. TABAS, TRUSTEE, Trustee | 2100-000 | NA | $5,750.00 | $5,750.00 | $5,750.00 |
| JOEL L. TABAS, TRUSTEE, Trustee | 2200-000 | NA | $14.73 | $14.73 | $14.73 |
| TABAS & SOLOFF PA, Attorney for Trustee | 3110-000 | NA | $13,895.50 | $13,895.50 | $13,895.50 |
| TABAS & SOLOFF PA, Attorney for Trustee | 3120-000 | NA | $647.87 | $647.87 | $647.87 |
| THOMAS A. BASTIAN, Accountant for Trustee | 3310-000 | NA | $804.00 | $804.00 | $804.00 |
| THOMAS A. BASTIAN, Accountant for Trustee | 3320-000 | NA | $61.00 | $61.00 | $61.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $21,173.10 | $21,173.10 | $21,173.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Oscar Ali Farrera Arguinzonez | 7100-000 | $0.00 | $44,500.00 | $44,500.00 | $23,977.51 |
| 2 | J.H Zidell, Esq | 7100-000 | $0.00 | $9,000.00 | $9,000.00 | $4,849.39 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $53,500.00 | $53,500.00 | $28,826.90 |

UST Form 101-7-TDR (10/1/2010)

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 18-12858-LMI | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | VIP SYSTEMS, INC. | Date Filed (f) or Converted (c): | 03/12/2018 (f) |
| For the Period Ending: | 8/9/2019 | §341(a) Meeting Date: | 04/17/2018 |
| | | Claims Bar Date: | 05/21/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Settlement with Genin and VIP TX (u) | $0.00 | $50,000.00 | | $50,000.00 | FA |
| Asset Notes: | Order Granting Motion to Approve Settlement Agreement and Mutual Releases; 1/3/19 (ECF 48) | | | | | |
| 2 | 2006 Mazda VIN JM3LW28A660564661 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment 3/14/19 (ECF 54) | | | | | |
| 3 | 2007 Lincoln VIN 5LMFU27517LJ08592 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment 3/14/19 (ECF 54) | | | | | |
| 4 | 2007 Cadillac Escalade 1GYEC63847R366206 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment 3/14/19 (ECF 54) | | | | | |
| 5 | 2007 Chevy Express 1GCFG15WXY1129250 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment 3/14/19 (ECF 54) | | | | | |
| 6 | 2007 Lincoln Navigator VIN 5LMFL275X7LJ23739 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment 3/14/19 (ECF 54) | | | | | |
| 7 | 2000 Chevy Express. 1GCGG25V771124393 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment 3/14/19 (ECF 54) | | | | | |

**TOTALS (Excluding unknown value)**     $0.00     $50,000.00     $50,000.00     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

Initial Projected Date Of Final Report (TFR): 12/30/2019     Current Projected Date Of Final Report (TFR): 12/30/2019

/s/ JOEL L. TABAS
JOEL L. TABAS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-12858-LMI | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | VIP SYSTEMS, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0084 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/12/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 8/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/19/2018 | (1) | VIP Systems, Inc. | Order Granting Motion to Approve Settlement Agreement and Mutual Releases; 1/3/19 (ECF 48) | 1249-000 | $16,600.00 | | $16,600.00 |
| 01/02/2019 | (1) | VIP Systems Inc. | Order Granting Motion to Approve Settlement Agreement and Mutual Releases; 1/3/19 (ECF 48) | 1249-000 | $16,700.00 | | $33,300.00 |
| 01/23/2019 | (1) | VIP Systems, Inc. | Order Granting Motion to Approve Settlement Agreement and Mutual Releases; 1/3/19 (ECF 48) | 1249-000 | $16,700.00 | | $50,000.00 |
| 06/20/2019 | 10001 | JOEL L. TABAS, TRUSTEE | Trustee Expenses | 2200-000 | | $14.73 | $49,985.27 |
| 06/20/2019 | 10002 | JOEL L. TABAS, TRUSTEE | Trustee Compensation | 2100-000 | | $5,750.00 | $44,235.27 |
| 06/20/2019 | 10003 | TABAS & SOLOFF PA | Claim #: | 3110-000 | | $13,895.50 | $30,339.77 |
| 06/20/2019 | 10004 | TABAS & SOLOFF PA | Claim #: | 3120-000 | | $647.87 | $29,691.90 |
| 06/20/2019 | 10005 | THOMAS A. BASTIAN | Claim #: | 3310-000 | | $804.00 | $28,887.90 |
| 06/20/2019 | 10006 | THOMAS A. BASTIAN | Claim #: | 3320-000 | | $61.00 | $28,826.90 |
| 06/20/2019 | 10007 | Oscar Ali Farrera Arguinzonez | Claim #: 1 | 7100-000 | | $23,977.51 | $4,849.39 |
| 06/20/2019 | 10008 | J.H Zidell, Esq | Claim #: 2 | 7100-000 | | $4,849.39 | $0.00 |

**SUBTOTALS** $50,000.00 $50,000.00

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-12858-LMI | Trustee Name: | Joel L. Tabas |
|---|---|---|---|
| Case Name: | VIP SYSTEMS, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0084 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/12/2018 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 8/9/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $50,000.00 | $50,000.00 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $50,000.00 | $50,000.00 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $50,000.00 | $50,000.00 | |

**For the period of 3/12/2018 to 8/9/2019**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $50,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/19/2018 to 8/9/2019**

| | |
|---|---|
| Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $50,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2    Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-12858-LMI | | Trustee Name: | Joel L. Tabas |
|---|---|---|---|---|
| Case Name: | VIP SYSTEMS, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0084 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/12/2018 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 8/9/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $50,000.00 | $50,000.00 | $0.00 |

| For the period of 3/12/2018 to 8/9/2019 | | For the entire history of the case between 03/12/2018 to 8/9/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $50,000.00 | Total Compensable Receipts: | $50,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $50,000.00 | Total Comp/Non Comp Receipts: | $50,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $50,000.00 | Total Compensable Disbursements: | $50,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,000.00 | Total Comp/Non Comp Disbursements: | $50,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOEL L. TABAS

JOEL L. TABAS